# UNITED STATES COURT OF APPEALS

## FOR THE NINTH CIRCUIT

| | |
|---|---|
| RUSSELL H. JOHNSON, III,<br><br>Plaintiff - Appellant,<br><br>V.<br><br>LUCENT TECHNOLOGIES INC.; et al.,<br><br>Defendants - Appellees,<br><br>And<br><br>STEVE WALTERS; et al.,<br><br>Defendants. | No. 05-56853<br>D.C. No. CV-05-04215-CAS<br><br>**JUDGMENT** |



Appeal from the United States District Court for the Central District of California, Los Angeles.

This cause came on to be heard on the Transcript of the Record from the United States District Court for the Central District of California, Los Angeles and was duly submitted.

On consideration whereof, it is now here ordered and adjudged by this Court, that the judgment of the said District Court in this cause be, and hereby is **AFFIRMED**.

Filed and entered 04/23/07

